# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:17-cv-07488-RSWL-JPR | Date | January 12, 2018 |
|---|---|---|---|
| Title | Global Produce Marketing LLC v. Cargolux Airlines International S.A. | | |

| Present: The Honorable | RONALD S.W LEW, Senior U.S. District Judge |
|---|---|

| Joseph Remigio | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE APPEARANCE OF NON-RESIDENT COUNSEL

Before the Court is a "Notice of Pro Hac Vice Application Due" ("Notice") for attorneys James Paul Krauzlis [24], and Val Edmund Wamser [25], filed on October 13, 2017 . Said counsel were to, within 5 days from the date of the Notice, file either: 1) an Application of Non-Resident Attorney to Appear in a Specific Case Pro Hac Vice ("Application") ; or 2) Complete the section of the Notice indicating counsel's reason for not having to appear Pro Hac Vice ("Responsive Notice")

To date, no Application or Responsive Notice has been filed or emailed by either attorney listed herein. No requests to withdraw or substitute counsel have been filed.

Accordingly, James Paul Krauzlis and Val Edmund Wamser are each ORDERED to SHOW CAUSE, in writing, no later than **January 19, 2018**, why sanctions should not be imposed for failure to file an Application, or submit a Responsive Notice. As an alternative to a written response, the Court will accept an Application or Responsive Notice from counsel no later than the date a written response is due.

Counsel are warned that failure to comply with this order will result in the imposition of sanctions.

**IT IS SO ORDERED.**

:

Initials of Preparer   jre